Leathers Unemployment Compensation Case.
McClellan Unemployment Compensation Case.
Zenk Unemployment Compensation Case.

Argued November 12, 1970. *John B. Nicklas, Jr.,* with him *Alfred C. Maiello,* and *McCrady & Nicklas,* for claimants, appellants; *Richard G. Kotarba,* with him *Meyer, Unkovic & Scott,* for intervenor, employer; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions affirmed.